IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-vs-<br><br>MARI ANN S. ALLEN,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) No. 11m-367E<br>)<br>)<br>)<br>)<br>) Violation: 18 U.S.C. § 641 |

## INFORMATION

### Count 1

On or about September 8, 2011 in the Western District of Oklahoma at Fort Sill Military Reservation,

----------------------MARI ANN S. ALLEN----------------------

the defendant, did willfully and knowingly steal funds of a value less than $1,000 from the Army Air Force Exchange Service, Main Post Exchange. Specifically, the defendant selected store merchandise which was not paid for and returned the merchandise for a fraudulent store credit.

All in violation of Title 18, United States Code Section, 641.

### Count 2

On or about September 10, 2011 in the Western District of Oklahoma at Fort Sill Military Reservation,

----------------------MARI ANN S. ALLEN----------------------

the defendant, did willfully and knowingly steal merchandise and funds of a value less than $1,000 from the Army Air Force Exchange Service, Main Post Exchange. Specifically, the defendant selected store merchandise which was not paid for and returned the merchandise for a fraudulent store credit that the defendant then used to

purchase clothing. Additionally, the defendant wrongfully took and concealed clothing without rendering proper payment.

All in violation of Title 18, United States Code Section, 641.

SANFORD C. COATS
United States Attorney

DANA E. COOK
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

STATE OF OKLAHOMA )
) SS
COUNTY OF COMANCHE )

## VERIFICATION

I, DANA E. COOK being first duly sworn, state that I have read the contents of the foregoing Information and, to the best of my knowledge, I believe the statements therein are true based upon representation to me by a member of the United States law enforcement unit.

_____
DANA E. COOK
Special Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this 17th day of Nov., 2011.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE