AO 442 (Rev. 11/11) Arrest Warrant

2200300
2164-1218-0300-I

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 11-MJ-367STE |
| MARI ANN ALLEN | ) | |
| *Defendant* | ) | |

**RECEIVED**
DEC 18 2020
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARI ANN ALLEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☑ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

THEFT

in violation of Title 18 United States Code, Section(s) 641.

Date: 11/12/2020

*Issuing officer's signature*

City and state: Lawton, Oklahoma

SHON T. ERWIN, US Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

ARRESTED ON: 3·22·22
WITHIN THE M DISTRICT OF FL

Date: _____

BY: DUSM St Claire-Moore
*Printed name and title*

ARRESTED ON: _____
WITHIN THE ___M___ DISTRICT OF ___Y___
BY _____