# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| **Plaintiff,** | ) | |
| VS. | ) | Case No.: 11-MJ-367STE |
| MARI ANN ALLEN | ) | |
| **Defendant.** | ) | |

## ENTER ORDER

The Clerk of Court is in receipt of a cash bond in the amount of $1,000.00 which was deposited with the Registry of the Clerk of Court by the Middle District of Florida for the above-named defendant; the third-party custodian for this cash bond is Douglas Pringle.

The Clerk of Court is directed to release the cash bond to the depositor. His address is as follows:

Douglas Pringle

1934 Wages Way

Jacksonville, FL 32218

Tel: (904) 994-2908

By direction of Magistrate Judge Shon T. Erwin, we have entered the above Enter Order.

Carmelita Reeder Shinn, Clerk

By: Monja Smith, Courtroom Deputy
Digitally signed by Monja Smith, Courtroom Deputy
Date: 2022.04.20 10:01:26 -05'00'

Monja Smith, Courtroom Deputy